# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**(a) PLAINTIFFS**
TONY HOUSE

**DEFENDANTS**
CITY OF CHICAGO, ILLINOIS, and TWO UNKNOWN CHICAGO POLICE OFFICERS

**(b)** County of Residence of First Listed Plaintiff: Cook County
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED: JULY 2, 2008
08CV3793
JUDGE DOW
MAGISTRATE JUDGE NOLAN

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Law Office of Jeffrey B. Granich
53 W. Jackson Blvd., Suite 840, Chicago, IL 60604
312-939-9009

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [X] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)

YM

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

Civil Rights — 440 Other Civil Rights [X]

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

[X] 1 Original Proceeding

## VI. CAUSE OF ACTION

42 USC § 1983

## VIII. REQUESTED IN COMPLAINT:

JURY DEMAND: [X] Yes [ ] No

## IX. This case

[X] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____ previously dismissed by Judge _____

DATE: 7/2/08

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jeffrey B. Granich