AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Tony House

V.

City of Chicago, Illinois
and Two Unknown Chicago
Police Officers

CASE NUMBER: 08 CV 3793

ASSIGNED JUDGE: Judge Dow

DESIGNATED MAGISTRATE JUDGE: Magistrate Judge Nolan

TO: (Name and address of Defendant)

CITY OF CHICAGO
City of Chicago
121 Rm. 107
Chicago, IL 60602

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jeffrey B. Granich
53 West Jackson Boulevard
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

MICHAEL W. DOBBINS, CLERK

_____      _____
(By) DEPUTY CLERK                              DATE


Michael W. Dobbins, Clerk

*[signature]*
-------------------------------
**(By) DEPUTY CLERK**

_____
**July 15, 2008**
Date

## RETURN OF SERVICE

Service of the Summons and complaint was made by me:
DATE: 7-23-08

NAME OF SERVER (PRINT): AARON WILLOUGHBY
TITLE: PROCESS SERVER

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: NANCY NIEMINSK AUTHORIZE TO ACCEPT SERVICE FOR CITY

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-23-08

Signature of Server

3152 South Prairie
Chicago IL 60616

Address of Server