IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TONY HOUSE, | ) | 08 C 3793 |
| | ) | |
| Plaintiff, | ) | Judge Dow |
| | ) | |
| vs. | ) | |
| | ) | Magistrate Judge Nolan |
| CITY OF CHICAGO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD TO PLAINTIFF'S COMPLAINT**

Defendant City of Chicago ("City"), by its attorney, Mara S. Georges, Corporation Counsel, respectfully moves this court for an extension of time to answer or otherwise plead in response to Plaintiff's complaint until September 30, 2008, and in support states:

1. Plaintiff filed his eight-count complaint on July 15, 2008. The complaint alleges federal claims under 42 U.S.C. § 1983 and Illinois state law claims against the City and two unnamed Chicago police officers.

2. Plaintiff's complaint and summons were served on the City on or about July 23, 2008. Counsel for the City received the complaint on or about August 14, 2008.

3. Because of the delay in receiving the complaint, the City has not been able to adequately investigate all of the allegations in Plaintiff's complaint and gather and examine the pertinent records.

4. Therefore, counsel for the City requests until September 30, 2008 to answer or otherwise plead in response to the complaint.

5. As far as can be determined, this motion will not unduly burden the Court's management schedule. This request is made not to delay the proceedings, but rather to allow the City to respond properly to the allegations in Plaintiff's complaint.

6. Plaintiff's counsel has stated that she does not object to this motion.

WHEREFORE, the City respectfully requests this court to enter an order granting an extension to September 30, 2008 to answer or otherwise plead in response to Plaintiff's complaint.

                                                Respectfully submitted,

                                                MARA S. GEORGES
                                                Corporation Counsel of the City of Chicago

By:    **/s/ *Megan K. McGrath***
         Megan K. McGrath
         Assistant Corporation Counsel

30 North LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-8369
Attorney No. 06288408